UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tony Brown, individually and on behalf of all others similarly situated, | 1:22-cv-02703 |
| Plaintiff, | |
| - against - | Hon. Joan B. Gottschall |
| Zamora Company USA, LLC, | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 19, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080